# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Doneco Leceal Strong a/k/a Wag | ) | Case No: 4:06CR1001TLW(5) |
|  | ) | USM No: 35647-177 |
| Date of Previous Judgment: August 27, 2008 | ) | William F. Nettles, IV, Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ninety-eight (98) months **is reduced to** eighty-six (86) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the original judgment filed  April 30, 2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 17, 2011

s/ Terry L. Wooten
*Judge's signature*

Effective Date: _____
*(if different from order)*

Terry L. Wooten, United States District Court Judge
*Printed name and title*